**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6079**

———————

LUCIUS DRAFTS,

Petitioner - Appellant,

and

EUGENE A. STAUCH, III; CARL FRAZIER GOOD;
MICHAEL DOUGLAS MOORE; MARK WILES; VERNON LEE
KINKLE;  WALTER FORD; JEFFREY D. THOMAS; RICH-
ARD E. BLACKBURN; SAMUEL L. MCGARITY; MARCUS
CROOM;  LARRY  LADURBACK;  STACEY  GRIMSLEY;
HAROLD LONNIE ROBERSON; DAVID WALLS; WILLIAM
RAYNOR; WAYNE SHELLEY FLEMING; KEVIN MIDDLE-
TON; ROGER WALKER; JOHN C. GRIFFIN; EDWARD G.
FIELDS; LEONARD WILSON; TROY ABNEY; KENNETH
OTT; WILLIAM KELLY,

Petitioners,

versus

GERALDINE MIRO, Warden, Allendale Correctional
Institution; ATTORNEY GENERAL OF THE STATE OF
SOUTH CAROLINA; SOUTH CAROLINA DEPARTMENT OF
CORRECTIONS; MICHAEL MOORE,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (CA-96-3663-22BD)

———————

Submitted:  August 19, 1999          Decided:  August 25, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Lucius Drafts, Appellant Pro Se. William Ansel Collins, Jr., SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lucius Drafts appeals from the district court's order denying relief on his 28 U.S.C. § 2241 (1994) motion. We have reviewed the record and the district court's opinion adopting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and Drafts' motion to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Drafts v. Miro, No. CA-96-3663-22BD (D.S.C. Dec. 17, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED